## COUNCIL 4, AFSCME, AFL-CIO *v.* STATE BOARD OF LABOR RELATIONS ET AL.

The plaintiff's petition for certification for appeal from the Appellate Court, 111 Conn. App. 666 (AC 28700), is denied.

*J. William Gagne, Jr.*, in support of the petition.

*Alexandra Gross,* assistant general counsel, and *Timothy Brignole* and *Juri E. Taalman,* in opposition.

Decided March 11, 2009